# Exhibit B

## Documents filed in State Court Action

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 04:15 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY**

**THOMAS LYNN,**

**c/o The Meyers Law Firm, LC
4435 Main Street, Suite 503
Kansas City, Missouri 64111,**

**Plaintiff,**

**v.**

**ISD RENAL, INC., d/b/a
WESTPORT RENAL CENTER,**
**Serve at:**
**CSC-Lawyers Incorporating
Service Company
221 Bolivar Street
Jefferson City, Missouri 65101**

**and**

**DAVITA, INC., d/b/a DAVITA
WESTPORT RENAL CENTER;
d/b/a DAVITA INTEGRATED
KIDNEY CARE; d/b/a
VILLAGEHEALTH DM, LLC; d/b/a
RMS DM, LLC,**
**Serve at:**
**3947 Broadway Street
Kansas City, Missouri 64111,**

**Defendants.**

**Case No.: ________________**

**Division No.: ________________**

**PETITION FOR DAMAGES**

Plaintiff states and alleges the following as a cause of action against Defendants:

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 04:15 PM

1. This cause of action brings claim against Defendants for their failure to issue Plaintiff a "service letter" pursuant to R.S.Mo. § 290.140.

2. This cause of action brings claim against Defendants for their breach of contract in failing to compensate Plaintiff for his unused paid time off ("PTO").

3. Plaintiff Tom Lynn is a resident of Kansas City, Jackson County, Missouri.

4. Defendant ISD Renal, Inc. is a Delaware corporation conducting business in Missouri.

5. Defendant DaVita, Inc. is a Delaware corporation conducting business in Missouri.

6. The Court has personal jurisdiction over Defendants pursuant to R.S.Mo. § 506.500.1.

7. Plaintiff was first injured by Defendants' conduct in Jackson County, Missouri, such that venue is proper in this Court pursuant to R.S.Mo. § 508.010.4.

8. During the time period relevant to this suit, both Defendants conducted business in Missouri and each Defendant separately employed seven (7) or more employees.

9. Plaintiff worked for one or more of the Defendants from October 2017 through November 1, 2019.

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 04:15 PM

10. On November 1, 2019, Plaintiff's employment with Defendants was terminated.

11. Pursuant to R.S.Mo. § 290.140, Plaintiff sent a request for a "service letter" via certified mail to manager Angela Mejia. This request is attached as **Exhibit A**. As per the statute, Plaintiff's request for a service letter specifically referenced R.S.Mo. § 290.140 and otherwise complied with that statute's requirements.

12. Plaintiff's request for a service letter was received by Ms. Mejia on December 18, 2019. The certified mail receipt is attached as **Exhibit B**.

13. Thus, as required by R.S.Mo. § 290.140, Defendants were to provide a compliant service letter to Plaintiff within forty-five (45) days of receipt of Plaintiff's request – February 1, 2020.

**Count I**

*Violation of R.S.Mo. Section 290.140*

14. Plaintiff incorporates paragraphs 1 through 13 as though set forth herein.

15. Defendants did not (and have not) provide(d) a service letter to Plaintiff in violation of R.S.Mo. § 290.140.

16. Therefore, pursuant to R.S.Mo. § 290.140, Defendants are liable for nominal damages.

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 04:15 PM

17. Defendants' and/or their agents' acts were outrageous due to Defendants' and/or their agents' evil motive or reckless indifference to the rights of others, entitling Plaintiff to an award of punitive damages in an amount sufficient to punish Defendants and/or their agents and deter others from like conduct.

**WHEREFORE**, Plaintiff Thomas Lynn prays for judgment in his favor against Defendants jointly and severally, for nominal damages, for punitive damages, for his costs, and for such other and further relief as the Court deems just and proper under the circumstances.

**Count II**
*Breach of Contract – Failure to Pay Unused PTO*

18. Plaintiff incorporates paragraphs 1 through 17 as though set forth herein.

19. Moreover, Defendants' policies provide that an employee's final paycheck will include any remaining and unused PTO. *See* **Exhibit C**.

20. When Defendants terminated Plaintiff's employment, Plaintiff had remaining 240 hours of unused PTO. *See* **Exhibit D**.

21. However, Defendants did not compensate Plaintiff for his remaining and unused PTO when issuing him his final check.

22. As the right to PTO upon termination of the employer-employee relationship is a contractual right, Defendants breached Plaintiff's right to be

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 04:15 PM

compensated for his PTO, damaging Plaintiff. Therefore, Defendants are also liable to Plaintiff in an amount to compensate him for his remaining and unused PTO he accumulated by the end of his employment with Defendants.

**WHEREFORE**, Plaintiff Thomas Lynn prays for judgment in his favor against Defendants jointly and severally, for nominal damages, unpaid PTO, for punitive damages, for his costs, and for such other and further relief as the Court deems just and proper under the circumstances.

**THE MEYERS LAW FIRM, LC**

By: /s/ Martin M. Meyers
Martin M. Meyers MO #29524
*mmeyers@meyerslaw.com*
Leonard A. Stephens MO #64183
*lstephens@meyerslaw.com*
4435 Main Street, Suite 503
Kansas City, Missouri 64111
(816) 444-8500
(816) 444-8508

**ATTORNEYS FOR PLAINTIFF**

December 16, 2019

Angie Mejia, LPN
Manager
DaVita Westport Renal Center
3947 Broadway Blvd.
Kansas City, MO 64111

**Re: Missouri Revised Statute §290.140**

Dear Ms. Mejia:

As required by the above-referenced statute, please provide me with a letter, duly signed by my superintendent or manager, setting forth the nature and character of the service rendered by me to the corporation, the duration thereof and truly stating for what cause, if any, I was discharged.

Sincerely yours,

Thomas Lynn

Thomas Lynn
1 E. 53rd Street
Kansas City, MO 64112



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Angie Mejia, LPN
Manager
DaVita Westport Renal Ctr
3947 Broadway Blvd
KC MO 64111

9590 9402 4826 9032 6069 72

2. Article Number (Transfer from service label)
7019 0160 0000 0052 5082

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Mejia ☐ Agent ☐ Addressee

B. Received by (Printed Name) Angela Mejia

C. Date of Delivery 12/10/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt





2016-CV17647

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 04:15 PM

# Benefits Information Upon Separation from DaVita

## DaVita Retirement Savings Plan – 401(k) Account

If you have a 401(k) account, you will be able to take a distribution approximately 1-2 weeks following the completion of your separation in the DaVita Workday system. You will receive detailed information about your distribution options and their tax consequences from Voya. If you have questions, or to initiate a distribution, please contact Voya Financial at 1-844-DVA-401k (1-844-382-4015) or go online to davita401k.voyaplans.com.

Your account balance impacts the options available to you. If your account balance is $5,000 or less, it will be automatically distributed as described below unless you cash it out or roll it over prior to the automatic distribution.

- **If your vested account balance is $1,000 or less:**
  - If you do not roll it over, Voya will automatically cash-out your account balance and send the money (less mandatory 20% federal income tax withholding) directly to you.
- **If your vested account balance is greater than $1,000 but not more than $5,000:**
  - If you have not requested a distribution before the automatic distribution is processed, Voya will rollover your vested account balance into a Voya Financial Individual Retirement Account (IRA) established in your name.
- **If your vested account balance is over $5,000:**
  - You have the option:
    - Leave your savings at Voya;
    - Rollover your account to an Individual Retirement Account (IRA);
    - Roll your balance into your future employer's plan; or
    - Received a distribution, depending on your circumstance.
- **If you have an outstanding loan balance:**
  - If you have a loan outstanding from your 401(k) account, you may make loan payments directly to Voya Financial. If you elect to not make loan payments on your loan, the loan will go into default. You will receive a 1099R tax form from Voya Financial to report the loan as taxable income for the current tax year. Although you may no longer make contributions to the plan, you will continue to receive gains/losses on your money, have control over how your money is invested and receive quarterly statements.

## Explanation of Final Pay

**Final Paycheck**
Your final paycheck will consist of your regular pay and, if applicable, any remaining earned and unused PTO. The paycheck may or may not include all usual deductions. Depending on the circumstances of your last day of employment, you will either be handed your last paycheck, it will be direct deposited or it will be delivered to your home address. If you have an address change at any time after leaving DaVita, it is important that you contact the Teammate Support Center (1-877-7-DAVITA, Option 2) so that it is recorded for subsequent W-2 delivery purposes.

**Expense Reports**
Final expense reports are due to accounting within 60 days of your termination date. To ensure payment is mailed to your home, please ensure your home address is up to date in Workday.

PEOPLE SERVICES

PS Teammate Support Center: 1-877-7-DAVITA, Option 2
Benefits: Option 1, Teammate Relations: Option 3,
Payroll: Option 5, Workday: Option 2
IT Help Desk: 1-888-782-8737

reason for not getting PTO; 1. didn't give 2 week notice; PTO is a benefit & not paid out when terminated

Electronically Filed - Jackson - Kansas City - August 27, 2020 - 04:15 PM

ISD Renal, Inc. 32275 32nd Avenue South Federal Way, WA 98001 +1 (877) 7328482

| Name | Company | Business ID | TM ID | Pay Period Begin | Pay Period End | Check Date | Check |
|---|---|---|---|---|---|---|---|
| Thomas Lynn | ISD Renal, Inc. | 19473737 | 701420 | 10/20/2019 | 11/02/2019 | 11/01/2019 | 300780548 |

| | Total Hours Worked | Gross Pay | Pre Tax Ded | Teammate Taxes | Post Tax Ded | Net Pay |
|---|---|---|---|---|---|---|
| Current | 90.46 | 2,761.96 | 318.65 | 506.86 | 1.59 | 1,934.86 |
| YTD | | 62,346.45 | 7,234.50 | 11,374.72 | 36.57 | 43,700.66 |

**Earnings**

| Description | Dates | Hours | Rate | Gross Wages This Period | Gross Wages YTD |
|---|---|---|---|---|---|
| Regular | 10/20/2019 - 10/26/2019 | 32.4 | 27.54 | 892.30 | |
| Regular | 10/27/2019 - 11/02/2019 | 35.42 | 27.54 | 975.47 | 44,263.29 |
| ShDif (25% Shift) | 10/20/2019 - 10/26/2019 | 7.6 | 34.425 | 261.63 | |
| ShDif (25% Shift) | 10/27/2019 - 11/02/2019 | 4.58 | 34.425 | 157.67 | 5,464.06 |
| PTO | | | 0 | | 1,249.51 |
| OT | 10/20/2019 - 10/26/2019 | 0 | 42.19 | 0.00 | |
| OT | 10/27/2019 - 11/02/2019 | 6.92 | 41.645 | 288.19 | 3,948.58 |
| OT SD (25% Shift) | 10/20/2019 - 10/26/2019 | 3.54 | 52.7375 | 186.70 | |
| OT SD (25% Shift) | 10/27/2019 - 11/02/2019 | 0 | 52.0563 | 0.00 | 6,532.42 |
| Hol Wkd | | | 0 | | 888.59 |
| GTL Imp | 10/20/2019 - 11/02/2019 | 0 | 0 | 2.13 | 48.99 |
| Details Not Displayed | | | | 2.13 | 48.99 |
| Earnings | | | | 2,764.09 | 62,395.44 |

**Teammate Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 165.31 | 3,729.22 |
| Medicare | 38.67 | 872.16 |
| Federal Withholding | 204.43 | 4,571.74 |
| State Tax - MO | 74.00 | 1,650.00 |
| City Tax - KC | 24.45 | 551.60 |
| Teammate Taxes | 506.86 | 11,374.72 |

**Pre Tax Ded**

| Description | Amount | YTD |
|---|---|---|
| 401(k)PreTax | 220.96 | 4,987.85 |
| HSA | 38.47 | 884.59 |
| Dental | 17.21 | 395.83 |
| Vision | 4.12 | 94.76 |
| Medical | 37.89 | 871.47 |
| Pre Tax Ded | 318.65 | 7,234.50 |

**Post Tax Ded**

| Description | Amount | YTD |
|---|---|---|
| Basic LTD | 1.59 | 36.57 |
| Post Tax Ded | 1.59 | 36.57 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| HSAER | | 600.00 |
| Employer Paid Benefits | | 600.00 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,666.40 | 60,148.79 |
| Medicare - Taxable Wages | 2,666.40 | 60,148.79 |
| Federal Withholding - Taxable Wages | 2,445.44 | 55,160.94 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | 1 | 2 |
| Additional Withholding | 0 | 0 |

**Absence Plans**

| Description | Earned YTD | Used YTD | Available |
|---|---|---|---|
| PTO240 | 120 216692 | 45.37 | 240 |

11,016

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT KANSAS CITY**

**THOMAS LYNN**

**PLAINTIFF(S),** **CASE NO. 2016-CV17647**

**VS.** **DIVISION 18**

**ISD RENAL, INC ET AL**

**DEFENDANT(S),**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE AND ORDER FOR MEDIATION

---

NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **KEVIN DUANE HARRELL** on **11-JAN-2021** in **DIVISION 18** at **09:00 AM**. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

At the Case Management Conference, counsel should be prepared to address at least the following:

a. A trial setting;

b. Expert Witness Disclosure Cutoff Date;

c. A schedule for the orderly preparation of the case for trial;

d. Any issues which require input or action by the Court;

e. The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ **KEVIN DUANE HARRELL**
KEVIN DUANE HARRELL**, Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
MARTIN MARK MEYERS, 4435 Main St, Ste 503, KANSAS CITY, MO 64111

Defendant(s):
ISD RENAL, INC
DAVITA, INC

Dated: 11-SEP-2020

MARY A. MARQUEZ
Court Administrator



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: KEVIN DUANE HARRELL | **Case Number: 2016-CV17647** |
| Plaintiff/Petitioner: THOMAS LYNN    **vs.** | Plaintiff's/Petitioner's Attorney/Address MARTIN MARK MEYERS 4435 Main St Ste 503 KANSAS CITY, MO 64111 |
| Defendant/Respondent: ISD RENAL, INC DBA: WESTPORT RENAL CENTER | Court Address: 415 E 12th KANSAS CITY, MO 64106 |
| Nature of Suit: CC Other Miscellaneous Actions | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** **ISD RENAL, INC**
**DBA: WESTPORT RENAL CENTER**

**SRV: CSC LAWYERS INC SERV CO**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*

*JACKSON COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

11-SEP-2020
Date

Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________________ (date).

My commission expires: ______________ Date ______________________ Notary Public

**Sheriff's Fees**

| | |
|---|---|
| Summons | $______ |
| Non Est | $______ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $______ (______ miles @ $.______ per mile) |
| **Total** | **$______** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# SUMMONS/GARNISHMENT SERVICE PACKETS
# ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made. Thank you.

Circuit Court of Jackson County



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KEVIN DUANE HARRELL | **Case Number: 2016-CV17647** |
| Plaintiff/Petitioner:<br>THOMAS LYNN<br>**vs.** | Plaintiff's/Petitioner's Attorney/Address<br>MARTIN MARK MEYERS<br>4435 Main St<br>Ste 503<br>KANSAS CITY, MO 64111 |
| Defendant/Respondent:<br>ISD RENAL, INC<br>DBA: WESTPORT RENAL CENTER | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** **DAVITA, INC**
**DBA: DAVITA WESTPORT RENTAL CENTER**
**DBA: DAVITA INTEGRATED KIDNEY CARE**
**DBA: VILLAGEHEALTH DM LLC**
**DBA: RMS DM LLC**

**SERVE: 3947 BROADWAY STREET**
**KANSAS CITY, MO 64111**

*COURT SEAL OF*
CIRCUIT COURT OF MISSOURI
*JACKSON COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

11-SEP-2020
Date

Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________________ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

______________________________ (name) ______________________________ (title).

☐ other ______________________________________________________.

Served at ______________________________________________________ (address)

in ____________________ (County/City of St. Louis), MO, on ________________ (date) at ____________ (time).

______________________________ Printed Name of Sheriff or Server

______________________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________________________ (date).

My commission expires: ____________________ Date ______________________________ Notary Public

**Sheriff's Fees**

| | |
|---|---|
| Summons | $_________________ |
| Non Est | $_________________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_________________ (______ miles @ $.______ per mile) |
| **Total** | **$_________________** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7/2018) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 20-SMCC-8096** 1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:20-cv-00847-FJG Document 1-2 Filed 10/20/20 Page 16 of 19

# SUMMONS/GARNISHMENT SERVICE PACKETS
# ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made. Thank you.

Circuit Court of Jackson County



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

10/11

| Judge or Division: KEVIN DUANE HARRELL | Case Number: 2016-CV17647 |
|---|---|
| Plaintiff/Petitioner: THOMAS LYNN vs. | Plaintiff's/Petitioner's Attorney/Address MARTIN MARK MEYERS 4435 Main St Ste 503 KANSAS CITY, MO 64111 |
| Defendant/Respondent: ISD RENAL, INC DBA: WESTPORT RENAL CENTER | Court Address: 415 E 12th KANSAS CITY, MO 64106 |
| Nature of Suit: CC Other Miscellaneous Actions | |

RECEIVED CIVIL PROCESS
20 SEP 21 AM 1:58
COURT ADMINISTRATION CIRCUIT COURT JACKSON CO. MO
(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: DAVITA, INC**
**DBA: DAVITA WESTPORT RENTAL CENTER**
**DBA: DAVITA INTEGRATED KIDNEY CARE**
**DBA: VILLAGEHEALTH DM LLC**
**DBA: RMS DM LLC**

**SERVE: 3947 BROADWAY STREET**
**KANSAS CITY, MO 64111**

Battmer

*COURT SEAL OF*

*JACKSON COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

11-SEP-2020
Date

Clerk

Further Information:

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

## CORPORATION – PERSON IN CHARGE

I certify that I have served the within summons in Jackson County, Missouri, upon the within-named defendant corporation, Davita, Inc, by leaving a copy of the summons and a copy of the petition at the business office of said defendant corporation with Angela Mejia - F. Admin who said he/she was the person in charge thereof.

Place of service: 3947 Broadway St KCmo 64111
Date of service: 9/23/20
Time of service: 11:49 Am

**DEPARTMENT OF CIVIL PROCESS**
COURT ADMINISTRATOR'S OFFICE
CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

By Michelle Battmer
DEPUTY

CIRCT 3033 2/12

OSCA (7/2018) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 20-SMCC-8096** 1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

FILED-CIRCUIT COURT JACKSON CO. MO-KC
20 OCT -1 PM 1:57

| | |
|---|---|
| ...dge or Division: ...EVIN DUANE HARRELL | **Case Number: 2016-CV17647** |
| ...aintiff/Petitioner: ...IOMAS LYNN | Plaintiff's/Petitioner's Attorney/Address MARTIN MARK MEYERS 4435 Main St Ste 503 KANSAS CITY, MO 64111 |
| vs. | |
| ...fendant/Respondent: ...D RENAL, INC ...BA: WESTPORT RENAL CENTER | Court Address: 415 E 12th KANSAS CITY, MO 64106 |
| ...ture of Suit: ... Other Miscellaneous Actions | |

RECEIVED SEP 18 2020 COLE COUNTY SHERIFF'S OFFICE

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: ISD RENAL, INC**
**DBA: WESTPORT RENAL CENTER**
**...RV: CSC LAWYERS INC SERV CO**
**...1 BOLIVAR STREET**
**...EFFERSON CITY, MO 65101**

*COURT SEAL OF* *JACKSON COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

11-SEP-2020
Date

Clerk

Further Information:

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

CSC Lawyers, S.L. (name) designee (title).

☐ other ______

Served at 350 E. High (address)

in Cole (County/City of St. Louis), MO, on 09-21-2020 (date) at 800A (time).

Sheriff John P Wheeler by Sgt [illegible] Wray

Printed Name of Sheriff or Server — Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______ (date).

*(Seal)*

My commission expires: ______ Date ______ Notary Public

**Sheriff's Fees**

| | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $ ( ___ miles @ $. ___ per mile) |
| **Total** | $ |

19863 #80 [illegible]

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.